## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03-CR-30179-MJR |
| | ) | |
| ROBERT E. JULIUS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM & ORDER

**REAGAN, District Judge:**

Before this Court is Defendant Robert E. Julius' motion to review sentence pursuant to **18 U.S.C. § 3742** (Doc. 23).  This motion was filed on January 24, 2006 (*see* Doc. 23).  As the Government correctly points out in its response to Julius' motion (Doc. 25), **§ 3742** does not provide a mechanism, other than the timely filing of a notice of appeal, for a defendant to request a court to review his or her sentence. **18 U.S.C. § 3742.**

This Court sentenced Julius on March 15, 2004 (*see* Doc. 17), and entered judgment on March 16, 2004 (*see* Doc. 18).  Subsequently, Julius failed to file a notice of appeal (or a motion for an extension of time to file such a notice) within the ten-day period provided for in FEDERAL RULE OF APPELLATE PROCEDURE **4(b)(1).**  Accordingly, Julius' motion is untimely.

Nonetheless, Julius' motion "invoke[s] grounds mentioned in § 2255," (i.e., that his sentence is unconstitutional.) ***See* 28 U.S.C. § 2255, ¶ 1.**  Accordingly, pursuant to ***United States v. Evans,* 224 F.3d 670, 673 (7ᵗʰ Cir. 2000),** this Court must treat his motion as a collateral attack upon his sentence.  This being the case, however, Julius' motion is still untimely – having been filed over a year after entry of judgment, ***see* 28 U.S.C. § 2255.**

In addition, even if his motion were timely, Julius' claim still must fail, as it is based

upon *United States v. Booker,* **543 U.S. 220 (2004).** As the Seventh Circuit has made clear, ***Booker*** "does not apply retroactively to criminal cases that became final before its release on January 12, 2005." *McReynolds v. United States,* **397 F.3d 479, 481 (7th Cir. 2005)**. . Accordingly, pursuant to *McReynolds,* Julius cannot raise claims based on ***Booker.***

For the foregoing reasons, the Court hereby **DENIES** Julius' motion to review sentence (Doc. 23).

**IT IS SO ORDERED.**

**DATED this 25th day of August, 2006.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**